466 A.2d 717

Commonwealth v. Asbury, Appellant.

Petition for Allowance of Appeal Denied
Sept. 12, 1984.

Argued March 31, 1983. Jay Stuart Nedell, submitted a brief on behalf of appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

BROSKY, J., concurred in the result.